# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERIF W. ABDOU and AMIR S. BACCHUS,<br><br>   Plaintiffs,<br><br>v.<br><br>DAVITA, INC., et al.,<br><br>   Defendants. | Case No. 2:16-cv-2597-APG-CWH<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE** |

IT IS ORDERED that plaintiffs' motion to dissolve or modify the injunction (ECF No. 100) is **set for hearing on Wednesday, February 28, 2018 at 9:30 a.m. in courtroom 6C in Las Vegas**.

IT IS FURTHER ORDERED that the defendants shall file a response by Wednesday, February 21, 2018.

IT IS FURTHER ORDERED that the plaintiffs shall file a reply by 4:00 p.m. on Friday, February 23, 2018.

DATED this 14th day of February, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE