UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHERIF W. ABDOU and AMIR S. BACCHUS,<br><br>Plaintiffs,<br><br>v.<br><br>DAVITA, INC., et al.,<br><br>Defendants. | Case No. 2:16-cv-2597-APG-CWH<br><br>**ORDER GRANTING AND DENYING MOTIONS TO SEAL AND TO EXCEED PAGE LIMITS**<br><br>(ECF Nos. 103, 114, 115, 116, 120, 121) |

The parties have filed various motions to seal their briefs and exhibits. ECF Nos. 103, 114, 121. I have reviewed those motions under the standards laid out in *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). The parties have appropriately redacted the confidential material, so I will grant those motions.

Proposed Intervenor Humana Inc. likewise has filed a motion (ECF No. 116) to seal its motion to intervene. But rather than file an unsealed but redacted version of its motion to intervene, Humana sealed the entirety of its motion and exhibits. ECF No. 117. The motion and exhibits appear to contain very little confidential material that warrants protection under *Kamakana*. I will not authorize a blanket sealing of that entire filing. Only those portions of the motion and exhibits that contain specific reference to confidential documents or information may be filed under seal. The remainder of the motion and exhibits that do not contain confidential information must be filed as publicly accessible documents.

I will allow Humana's filing to remain sealed temporarily so Humana can prepare a redacted version of its motion and exhibits, if necessary. If Humana determines that a portion of its filing should remain sealed, it must file a new motion to seal along with a proposed redacted version of the filing within 14 days of the date of this order. Any motion to seal must set forth

reasons justifying sealing those portions. If Humana does not file a new motion to seal within 14 days, its motion to intervene and exhibits will be unsealed.

Finally, the parties have moved to exceed the page limits for their respective response and reply. ECF Nos. 115, 120. I will grant those motions

IT IS ORDERED that the parties' motions to seal **(ECF Nos. 103, 114, 121) are GRANTED**. The sealed, unredacted filings **(ECF Nos. 101, 111, 113, 119) shall remain sealed**.

IT IS FURTHER ORDERED that Humana's motion to seal **(ECF No. 116) is DENIED.** Humana's motion to intervene **(ECF No. 117) shall remain sealed pending further order of the court.** If Humana wishes to have a portion of its motion to intervene to remain sealed, it must file a new motion to seal along with a proposed redacted version of the filing within 14 days of the date of this order. Any motion to seal must set forth reasons justifying sealing those portions. If Humana does not file a new motion to seal within 14 days, its motion to intervene (ECF. No. 117) will be unsealed.

IT IS FURTHER ORDERED that the parties' motions to exceed the page limits **(ECF Nos. 115, 120) are GRANTED.**

DATED this 27th day of February, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE