Patrick G. Byrne (NV Bar No. 7636)
Charles E. Gianelloni (NV Bar No. 12747)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: pbyrne@swlaw.com
Email: cgianelloni@swlaw.com

*Attorneys for Plaintiffs Sherif W. Abdou, M.D. and Amir S. Bacchus, M.D.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHERIF W. ABDOU, M.D. and AMIR S. BACCHUS, M.D., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVITA INC., HEALTHCARE PARTNERS HOLDINGS, LLC, and HEALTHCARE PARTNERS, LLC, <br><br> Defendants. | Case No. 2:16-cv-02597-APG-CWH <br><br> **STIPULATION TO EXTEND RESPONSE AND REPLY DEADLINES** <br><br> **(FIRST REQUEST)** |
| DAVITA INC., HEALTHCARE PARTNERS HOLDINGS, LLC, and HEALTHCARE PARTNERS, LLC, <br><br> Counterclaimants, <br><br> vs. <br><br> SHERIF W. ABDOU, M.D. and AMIR S. BACCHUS, M.D., <br><br> Counterdefendants, | |

Plaintiffs/Counterdefendants Sherif W. Abdou, M.D. and Amir S. Bacchus, M.D. and Defendants/Counterclaimants Davita Inc., Healthcare Partners Holdings, LLC, and Healthcare Partners, LLC stipulate as follows:

4822-2954-0958

1. On February 21, 2018, Defendants/Counterclaimants filed their *Countermotion to Modify the Preliminary Injunction* ("Countermotion") [ECF No. 110].

2. The deadline for Plaintiffs/Counterdefendants to respond to the Countermotion is March 7, 2018 ("Opposition Due Date").

3. The deadline for Defendants/Counterclaimants to reply in support of the Countermotion is March 14, 2018 ("Reply Due Date").

4. The Parties agree to that the Opposition Due Date should be extended to March 27, 2018 and that the Reply Due Date should be extended to April 6, 2018.

5. The purpose of the extension is to allow briefing on the Countermotion to commence after the Court has entered its order related to Plaintiffs/Counterdefendants' Emergency Motion to Dissolve or Modify the November 17, 2017 Injunction Order [ECF No. 100.], which the Court took under submission after the hearing on February 28, 2018.

6. This is the first request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

DATED this 5th day of March 2018.

SNELL & WILMER L.L.P.

/s/ *Charles E. Gianelloni*
Patrick G. Byrne (NV Bar No. 7636)
Charles E. Gianelloni (NV Bar No. 12747)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200

*Attorneys for Sherif W. Abdou, M.D. and Amir S. Bacchus, M.D.*

DATED this 5th day of March 2018.

BAILEY KENNEDY

/s/ *Paul C. Williams*
John R. Bailey (NV Bar No. 137)
Joshua M. Dickey (NV Bar No. 6621)
Kelly B. Stout (NV Bar No. 12105)
Paul C. Williams (NV Bar No. 12524)
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Phone: (702) 562-8820

*Attorneys for Davita Inc., Healthcare Partners Holdings, LLC and Healthcare Partners, LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 5, 2018.

4822-2954-0958