| | |
|---|---|
| 1 | JOHN R. BAILEY |
| | Nevada Bar No. 0137 |
| 2 | JOSHUA M. DICKEY |
| | Nevada Bar No. 6621 |
| 3 | KELLY B. STOUT |
| | Nevada Bar No. 12105 |
| 4 | PAUL C. WILLIAMS |
| | Nevada Bar No. 12524 |
| 5 | **BAILEY❖KENNEDY** |

JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA M. DICKEY
Nevada Bar No. 6621
KELLY B. STOUT
Nevada Bar No. 12105
PAUL C. WILLIAMS
Nevada Bar No. 12524
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JBailey@BaileyKennedy.com
JDickey@BaileyKennedy.com
KStout@BaileyKennedy.com
PWilliams@BaileyKennedy.com

*Attorneys for Defendants/Counterclaimants*
*DaVita Inc.; DaVita Medical Holdings, LLC;*
*and DaVita Medical Management, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| SHERIF W. ABDOU, M.D. and AMIR S. BACCHUS, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> DAVITA INC., HEALTHCARE PARTNERS HOLDINGS, LLC, and HEALTHCARE PARTNERS, LLC, <br><br> Defendants. <br> _____ <br> AND RELATED CLAIMS. | Case No. 2:16-cv-02597-APG-CWH <br><br> **JOINT STATUS REPORT AND STIPULATION AND ORDER TO WITHDRAW DAVITA PARTIES' MOTION TO COMPEL** |

Plaintiffs/Counterdefendants Sherif W. Abdou, M.D. and Amir S. Bacchus, M.D. ("Abdou/Bacchus") and Defendants/Counterclaimants DaVita Inc. ("DaVita"), DaVita Medical Holdings, LLC, f/k/a HealthCare Partners Holdings, LLC ("HCP Holdings"), and DaVita Medical Management, LLC, f/k/a HealthCare Partners, LLC ("HCP") (collectively, the "DaVita Parties") (collectively, the "Parties"), stipulate and agree as follows:

1. On August 31, 2017, the DaVita Parties filed their Motion to Compel Production of Documents [ECF No. 49] (the "Motion to Compel"), seeking to compel documents responsive to the DaVita Parties' Requests for Production.

2. Subsequently, Abdou/Bacchus agreed to produce documents responsive to the DaVita Parties' Requests for Production.

3. Based on Abdou/Bacchus's agreement to produce documents, the Parties agreed and the Court ordered to extend Abdou/Bacchus's deadline to respond to the Motion to Compel. (ECF No. 55.)

4. Abdou/Bacchus subsequently produced documents responsive to the DaVita Parties' Requests for Production.

5. While the DaVita Parties still seek additional documents responsive to their Requests for Production, the Parties anticipate being able to informally resolve these issues.

6. Additionally, given the change in circumstances, if the Parties are not able to resolve their discovery disputes, the Parties agree that new briefing would be necessary given the change in circumstances since the Motion to Compel was filed.

7. Accordingly, the Parties stipulate and agree to the withdrawal of their Motion to Compel Production of Documents [ECF No. 49], *without prejudice*. The DaVita Parties reserve all rights related to the Motion to Compel.

DATED this 23rd day of March, 2018.

SNELL & WILMER L.L.P.

By: /s/ Charles E. Gianelloni
    PATRICK G. BYRNE, ESQ.
    Nevada Bar No. 7636
    CHARLES E. GIANELLONI, ESQ.
    Nevada Bar No. 12747
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169.
    Phone: (702) 784-5200
    Fax: (702) 784-5252
*Attorneys for Plaintiffs Sherif W. Abdou, M.D. and Amir S. Bacchus, M.D.*

DATED this 23rd day of March, 2018.

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    JOSHUA M. DICKEY
    KELLY B. STOUT
    PAUL C. WILLIAMS
*Attorneys for Defendants/Counterclaimants DaVita Inc.; DaVita Medical Holdings, LLC; and DaVita Medical Management, LLC*

## ORDER

**IT IS SO ORDERED**. The DaVita Parties' Motion to Compel Production of Documents [ECF No. 49] is hereby withdrawn, *without prejudice*.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 26, 2018

Respectfully Submitted by:

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    JOSHUA M. DICKEY
    KELLY B. STOUT
    PAUL C. WILLIAMS
*Attorneys for Defendants/Counterclaimants DaVita Inc.; DaVita Medical Holdings, LLC; and DaVita Medical Management, LLC*