| | |
|---|---|
| 1 | JOHN R. BAILEY<br>Nevada Bar No. 0137 |
| 2 | JOSHUA M. DICKEY<br>Nevada Bar No. 6621 |
| 3 | KELLY B. STOUT<br>Nevada Bar No. 12105 |
| 4 | PAUL C. WILLIAMS<br>Nevada Bar No. 12524 |
| 5 | **BAILEY❖KENNEDY**<br>8984 Spanish Ridge Avenue |
| 6 | Las Vegas, Nevada 89148-1302<br>Telephone: 702.562.8820 |
| 7 | Facsimile: 702.562.8821<br>JBailey@BaileyKennedy.com |
| 8 | JDickey@BaileyKennedy.com<br>KStout@BaileyKennedy.com |
| 9 | PWilliams@BaileyKennedy.com |
| 10 | *Attorneys for Defendants/Counterclaimants*<br>*DaVita Inc.; DaVita Medical Holdings, LLC;* |
| 11 | *and DaVita Medical Management, LLC* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHERIF W. ABDOU, M.D. and AMIR S. BACCHUS, M.D.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVITA INC., HEALTHCARE PARTNERS HOLDINGS, LLC, and HEALTHCARE PARTNERS, LLC,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:16-cv-02597-APG-CWH<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES TO RESPOND TO DEFENDANTS/COUNTERCLAIMANTS':**<br><br>**(1) COUNTERMOTION TO MODIFY THE PRELIMINARY INJUNCTION [ECF NO. 110] (SECOND REQUEST); AND**<br><br>**(2) FIRST AMENDED ANSWER AND COUNTERCLAIMS (FIRST REQUEST) [ECF 146]** |

Plaintiffs/Counterdefendants Sherif W. Abdou, M.D. and Amir S. Bacchus, M.D. ("Abdou/Bacchus") and Defendants/Counterclaimants DaVita Inc. ("DaVita"), DaVita Medical Holdings, LLC, f/k/a HealthCare Partners Holdings, LLC ("HCP Holdings"), and DaVita Medical Management, LLC, f/k/a HealthCare Partners, LLC ("HCP") (collectively, the "DaVita Parties") (collectively, the "Parties"), stipulate and agree as follows:

1. On February 21, 2018, the DaVita parties filed their Countermotion to Modify the Preliminary Injunction ("Countermotion") [ECF 110].

2. The deadline for Abdou/Bacchus to respond to the Countermotion was March 7, 2018 ("Opposition Due Date").

3. The deadlines for the DaVita Parties to reply in support of the Countermotion was March 14, 2018 ("Reply Due Date").

4. The Parties submitted a Stipulation and Order to Extend Response and Reply Deadlines (First Request) on March 5, 2018 [ECF No. 129], and the Court ordered that the Opposition Due Date was extended to March 27, 2018 and the Reply Due Date was extended to April 6, 2018 [ECF No. 132].

5. On November 15, 2017, the DaVita Parties filed a Motion for Leave to File First Amended Answer and Counterclaims [ECF No. 85].

6. On March 20, 2018, the Court GRANTED the DaVita Parties' Motion for Leave to File First Amended Answer and Counterclaims. [ECF 145].

7. On March 20, 2018, the Court filed the DaVita Parties' First Amended Answer and Counterclaims [ECF No. 146].

8. The deadline for Abdou/Bacchus to file their response to the DaVita Parties' First Amended Answer and Counterclaims is April 3, 2018.

9. On March 8, 2018, Abdou/Bacchus filed a Notice of Appeal [ECF No. 136], appealing to the United States Court of Appeals for the Ninth Circuit the March 7, 2018 order of the district court denying the Motion to Dissolve or Modify Injunction [ECF No. 135].

10. The briefing schedule for the Motion to Dissolve Appeal filed with the Ninth Circuit on March 8, 2018, requires that the opening brief and excerpts of record are due no later than April 5, 2018, and the answering brief is due May 3, 2018.

11. The Parties agree that the Opposition Due Date should be extended to April 27, 2018, and that the Reply Due Date should be extended to May 17, 2018. This is the second request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

12. The Parties agree that the date for Abdou/Bacchus to file their response to the First

Amended Answer and Counterclaims should be extended to April 20, 2018. This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

13. Due to the time demands associated with the appeal before the United States Court of Appeals for the Ninth Circuit [ECF No. 136] and the press of other business, the Parties request the extension of the above-referenced deadlines.

DATED this 26th day of March, 2018.

SNELL & WILMER L.L.P.

By: /s/ Charles E. Gianelloni
    PATRICK G. BYRNE, ESQ.
    Nevada Bar No. 7636
    CHARLES E. GIANELLONI, ESQ.
    Nevada Bar No. 12747
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169.
    Phone: (702) 784-5200
    Fax: (702) 784-5252
*Attorneys for Plaintiffs/Counterdefendants Sherif W. Abdou, M.D. and Amir S. Bacchus, M.D.*

DATED this 26th day of March, 2018.

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    JOSHUA M. DICKEY
    KELLY B. STOUT
    PAUL C. WILLIAMS
*Attorneys for Defendants/Counterclaimants DaVita Inc.; DaVita Medical Holdings, LLC; and DaVita Medical Management, LLC*

# ORDER

**IT IS SO ORDERED**. The Opposition Due Date to respond to the Countermotion is extended to April 27, 2018, and that the Reply Due Date in support of the Countermotion is extended to May 17, 2018.

**IT IS FURTHER OREREDED**. The deadline for Abdou/Bacchus to file their response to the DaVita Parties' First Amended Answer and Counterclaims is extended to April 20, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 27, 2018

Respectfully Submitted by:

BAILEY✦KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    JOSHUA M. DICKEY
    KELLY B. STOUT
    PAUL C. WILLIAMS
*Attorneys for Defendants/Counterclaimants*
*DaVita Inc.; DaVita Medical Holdings, LLC; and*
*DaVita Medical Management, LLC*