# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHERIF W. ABDOU, M.D. and AMIR S. BACCHUS, M.D., | Case No. 2:16-cv-02597-APG-CWH |
| Plaintiffs, | **ORDER GRANTING MOTION TO SEAL** |
| v. | (ECF No. 162) |
| DAVITA, INC.; HEALTHCARE PARTNERS HOLDINGS, LLC; and HEALTHCARE PARTNERS, LLC, | |
| Defendants. | |

The plaintiffs filed their response (ECF No. 161) to the defendants' countermotion to modify the preliminary injunction under seal because it contains confidential material. They move for permission to keep that response under seal and to file a publicly accessible version but redacting various lines. ECF No. 162. Good cause supports that request.

IT IS THEREFORE ORDERED that the plaintiffs' motion to seal **(ECF No. 162) is GRANTED**. The plaintiffs' response **(ECF No. 161) shall remain under seal**. Within 7 days of entry of this order, the plaintiffs shall file a publicly accessible version of that response but redacting the following lines: 2:14-17, 19-21; 4:1-6, 26-27; 5:8-23, 26-28; 6:1-2, 4-28; 7:1-3, 9-11, 27; 8:1-27; 9:1-17, 20-25, 28; 10:3-9, 11-23, 28; and 11:6-10.

DATED THIS 30th day of April, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE