1  JOHN R. BAILEY
   Nevada Bar No. 0137
2  JOSHUA M. DICKEY
   Nevada Bar No. 6621
3  KELLY B. STOUT
   Nevada Bar No. 12105
4  PAUL C. WILLIAMS
   Nevada Bar No. 12524
5  **BAILEY✦KENNEDY**
   8984 Spanish Ridge Avenue
6  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
7  Facsimile: 702.562.8821
   JBailey@BaileyKennedy.com
8  JDickey@BaileyKennedy.com
   KStout@BaileyKennedy.com
9  PWilliams@BaileyKennedy.com

10 *Attorneys for Defendants/Counterclaimants*
   *DaVita Inc.; DaVita Medical Holdings, LLC;*
11 *and DaVita Medical Management, LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHERIF W. ABDOU, M.D. and AMIR S. BACCHUS, M.D., <br><br>Plaintiffs,<br><br>v.<br><br>DAVITA INC., HEALTHCARE PARTNERS HOLDINGS, LLC, and HEALTHCARE PARTNERS, LLC,<br><br>Defendants.<br>_____<br>AND RELATED CLAIMS. | Case No. 2:16-cv-02597-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS/ COUNTERCLAIMANTS' COUNTERMOTION TO MODIFY THE PRELIMINARY INJUNCTION**<br>**[ECF NO. 110]**<br><br>**(THIRD REQUEST)** |

Plaintiffs/Counterdefendants Sherif W. Abdou, M.D. and Amir S. Bacchus, M.D. ("Abdou/Bacchus") and Defendants/Counterclaimants DaVita Inc. ("DaVita"), DaVita Medical Holdings, LLC, f/k/a HealthCare Partners Holdings, LLC ("HCP Holdings"), and DaVita Medical Management, LLC, f/k/a HealthCare Partners, LLC ("HCP") (collectively, the "DaVita Parties") (collectively, the "Parties"), stipulate and agree as follows:

1. On February 21, 2018, the DaVita parties filed their Countermotion to Modify the Preliminary Injunction ("Countermotion") [ECF 110].

2. The deadline for Abdou/Bacchus to respond to the Countermotion was March 7, 2018 ("Opposition Due Date").

3. The deadlines for the DaVita Parties to reply in support of the Countermotion was March 14, 2018 ("Reply Due Date").

4. The Parties submitted a Stipulation and Order to Extend Response and Reply Deadlines (First Request) on March 5, 2018 [ECF No. 129], and the Court ordered that the Opposition Due Date was extended to March 27, 2018 and the Reply Due Date was extended to April 6, 2018 [ECF No. 132].

5. On March 8, 2018, Abdou/Bacchus filed a Notice of Appeal [ECF No. 136], appealing to the United States Court of Appeals for the Ninth Circuit the March 7, 2018 order of the district court denying the Motion to Dissolve or Modify Injunction [ECF No. 135].

6. The Parties submitted a Stipulation and Order to Extend Response and Reply Deadlines (Second Request) on March 26, 2018 [ECF No. 152], and the Court ordered that the Opposition Due Date was extended to April 27, 2018 and the Reply Due Date was extended to May 17, 2018 [ECF No. 154].

7. Currently, Defendants/Counterclaimants' deadline to file their answering brief in the appeal is May 18, 2018.

8. The Parties stipulate and agree that the Reply Due Date should be extended to May 31, 2018.

9. The purpose of this request is due to the time demands associated with the appeal and to accommodate the schedule of counsel for the DaVita Parties.

/ / /

/ / /

/ / /

/ / /

/ / /

10. This is the third request for an extension of these deadlines and is not intended to cause any delay or prejudice to any party.

DATED this 16th day of May, 2018.

SNELL & WILMER L.L.P.

By: /s/ Charles E. Gianelloni
    PATRICK G. BYRNE, ESQ.
    Nevada Bar No. 7636
    CHARLES E. GIANELLONI, ESQ.
    Nevada Bar No. 12747
    3883 Howard Hughes Parkway
    Suite 1100
    Las Vegas, Nevada 89169.
    Phone: (702) 784-5200
    Fax: (702) 784-5252

*Attorneys for Plaintiffs/Counterdefendants Sherif W. Abdou, M.D. and Amir S. Bacchus, M.D.*

DATED this 16th day of May, 2018.

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    JOSHUA M. DICKEY
    KELLY B. STOUT
    PAUL C. WILLIAMS

*Attorneys for Defendants/Counterclaimants DaVita Inc.; DaVita Medical Holdings, LLC; and DaVita Medical Management, LLC*

### **ORDER**

**IT IS SO ORDERED**. The Reply Due Date in support of the Countermotion is extended to May 31, 2018.

_____
UNITED STATES DISTRICT JUDGE
Dated: May 17, 2018.

Respectfully Submitted by:

BAILEY❖KENNEDY

By: /s/ Paul C. Williams
    JOHN R. BAILEY
    JOSHUA M. DICKEY
    KELLY B. STOUT
    PAUL C. WILLIAMS

*Attorneys for Defendants/Counterclaimants DaVita Inc.; DaVita Medical Holdings, LLC; and DaVita Medical Management, LLC*