# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHERIF W. ABDOU, M.D., et al., | Case No. 2:16-cv-02597-APG-CWH |
| Plaintiffs, | |
| v. | **ORDER** |
| DAVITA INC., et al., | |
| Defendants. | |

IT IS ORDERED that a hearing is set for Thursday, June 7, 2018, at 2:00 p.m. in Courtroom 3C, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada. The court will hear argument on the following motions:

- Plaintiffs' Emergency Motion for Protective Order (ECF Nos. 158); and
- Defendants' Counter-Motion for Sanctions (ECF No. 165).

IT IS FURTHER ORDERED that the subpoenas at issue in Plaintiffs' Emergency Motion for Protective Order (ECF No. 158) are STAYED pending the court's decision on the motion.

IT IS FURTHER ORDERED that defendants must serve a copy of this order on the third-party recipients of the subpoenas.

DATED: May 17, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE