UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 05 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHERIF W. ABDOU, M.D. and AMIR S. BACCHUS, M.D., <br><br> Plaintiffs-counter-defendants - Appellants, <br><br> v. <br><br> DAVITA, INC.; et al., <br><br> Defendants-counter-claimants - Appellees. | No. 17-17490 <br><br> D.C. No. 2:16-cv-02597-APG-CWH <br> U.S. District Court for Nevada, Las Vegas <br><br> **MANDATE** |

The judgment of this Court, entered August 14, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7