1  JOHN R. BAILEY
   Nevada Bar No. 0137
2  JOSHUA M. DICKEY
   Nevada Bar No. 6621
3  KELLY B. STOUT
   Nevada Bar No. 12105
4  PAUL C. WILLIAMS
   Nevada Bar No. 12524
5  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
6  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
7  Facsimile:  702.562.8821
   JBailey@BaileyKennedy.com
8  JDickey@BaileyKennedy.com
   KStout@BaileyKennedy.com
9  PWilliams@BaileyKennedy.com

10 *Attorneys for Defendants/Counterclaimants*
   *DaVita Inc.; DaVita Medical Holdings, LLC;*
11 *and DaVita Medical Management, LLC*

12                UNITED STATES DISTRICT COURT
                     DISTRICT OF NEVADA
13

14 SHERIF W. ABDOU, M.D. and AMIR S.          Case No.  2:16-cv-02597-APG-CWH
   BACCHUS, M.D.,
15                                            **STIPULATION AND ORDER TO WITHDRAW**
           Plaintiffs,                        **DEFENDANTS/COUNTERCLAIMANTS'**
16                                            **MOTION TO COMPEL PRODUCTION OF**
       v.                                     **DOCUMENTS [ECF NO. 202]**
17
   DAVITA INC., HEALTHCARE PARTNERS
18 HOLDINGS, LLC, and HEALTHCARE
   PARTNERS, LLC,
19
           Defendants.
20

21 _____

   AND RELATED CLAIMS.
22

23        IS HEREBY STIPULATED AND AGREED by and between Plaintiffs/Counterdefendants

24 Sherif W. Abdou, M.D. and Amir S. Bacchus, M.D. ("Abdou/Bacchus") and Defendants/

25 Counterclaimants DaVita Inc. ("DaVita"), DaVita Medical Holdings, LLC, f/k/a HealthCare

26 Partners Holdings, LLC ("HCP Holdings"), and DaVita Medical Management, LLC, f/k/a

27 HealthCare Partners, LLC ("HCP") (collectively, the "DaVita Parties") (collectively, the "Parties"),

28 through their undersigned counsel, as follows:

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1.     On October 23, 2018, the DaVita Parties filed their Motion to Compel Production of Documents (ECF No. 202) (the "Motion to Compel"), seeking to compel responses to certain requests for production propounded to Abdou/Bacchus.

2.     Subsequently, on October 26, 2018, Abdou/Bacchus produced responsive documents to the DaVita Parties' requests for production, which documents were the subject of the Motion to Compel.

3.     Abdou/Bacchus have represented that, to the best of their knowledge, the documents produced (on October 26, 2018) are a complete production of the documents requested in the Motion to Compel.

4.     Based on Abdou/Bacchus's production and representation, the Parties have agreed to stipulate to withdraw the Motion to Compel.

DATED this 5th day of November, 2018.

KOLESAR & LEATHAM

By:  /s/ Matthew T. Dushoff
    MATTHEW T. DUSHOFF, ESQ.
    Nevada Bar. No. 4975
    WILLIAM D. SCHULER, ESQ.
    Nevada Bar No. 11271
    400 South Rampart Blvd., Suite 400
    Las Vegas, Nevada 89145
    Telephone: (702) 362-7800
    Facsimile: (702) 362-9472
    mdushoff@klnevada.com
    wschuller@klnevada.com
*Attorneys for Plaintiffs Sherif W. Abdou,
M.D. and Amir S. Bacchus, M.D.*

DATED this 5th day of November, 2018.

BAILEY ❖ KENNEDY

By:  /s/ Paul C. Williams
    JOHN R. BAILEY
    JOSHUA M. DICKEY
    KELLY B. STOUT
    PAUL C. WILLIAMS
*Attorneys for Defendants/Counterclaimants
DaVita Inc.; DaVita Medical Holdings, LLC;
and DaVita Medical Management, LLC*

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1

## <u>ORDER</u>

2    IT IS SO ORDERED:

3    The Motion to Compel (ECF No. 202) is hereby WITHDRAWN.

4    IT IS FURTHER ORDERED that the related motion for leave to file excess
     pages (ECF No. 203) is DENIED as moot.

5

6    _____
     UNITED STATES MAGISTRATE JUDGE

7
                                        November 6, 2018
8    Dated:_____

9    Respectfully Submitted by:

10   BAILEY❖KENNEDY

11   By: /s/ Paul C. Williams
         JOHN R. BAILEY
12       JOSHUA M. DICKEY
         KELLY B. STOUT
13       PAUL C. WILLIAMS
     *Attorneys for Defendants/Counterclaimants*
14   *DaVita Inc.; DaVita Medical Holdings, LLC;*
     *and DaVita Medical Management, LLC*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820