# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERIF W. ABDOU and AMIR S. BACCHUS,<br><br>Plaintiffs,<br><br>v.<br><br>DAVITA, INC., et al.,<br><br>Defendants. | Case No. 2:16-cv-2597-APG-CWH<br><br>**ORDER SETTING BRIEFING SCHEDULE ON PROPOSED INTERVENOR P3 HEALTH GROUP HOLDINGS, LLC'S MOTION TO INTERVENE** |

P3 Health Group Holdings, LLC moves to intervene and requests expedited treatment on its intervention motion so that it will be able to respond to the defendants' motion for preliminary injunction.

IT IS ORDERED that any party opposing P3 Health Group Holdings, LLC's motion to intervene shall file an opposition on or before December 3, 2018. P3 may file a reply on or before December 6, 2018.

IT IS FURTHER ORDERED that in light of the December 3, 2018 deadline to file responses to the defendants' motion for preliminary injunction, P3 Health Group Holdings, LLC is granted leave to file an opposition to the motion for preliminary injunction, which will be considered if P3 Health Group Holdings, LLC is permitted to intervene.

DATED this 28th day of November, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE