MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
JORDAN D. WOLFF, ESQ.
Nevada Bar No. 014968
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mdushoff@klnevada.com
wschuller@klnevada.com
jwolff@klnevada.com

Attorneys for Plaintiffs/Counter-Defendants,
SHERIF W. ABDOU, M.D. and
AMIR S. BACCHUS, M.D.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERIF W. ABDOU, M.D. and AMIR S. BACCHUS, M.D., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVITA INC., HEALTHCARE PARTNERS HOLDINGS, LLC, and HEALTHCARE PARTNERS, LLC, <br><br> Defendants. | CASE NO. 2:16-cv-02597-APG-CWH <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS/COUNTER-DEFENDANTS TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION FOR THE MODIFICATION OF THE PRELIMINARY INJUNCTION** <br><br> **(FIRST REQUEST)** |
| DAVITA INC., HEALTHCARE PARTNERS HOLDINGS, LLC, and HEALTHCARE PARTNERS, LLC, <br><br> Counterclaimants, <br><br> vs. <br><br> SHERIF W. ABDOU, M.D. and AMIR S. BACCHUS, M.D., <br><br> Counterdefendants. | |

/ / /

/ / /

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS/COUNTER-DEFENDANTS TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION FOR THE MODIFICATION OF THE PRELIMINARY INJUNCTION**

**(FIRST REQUEST)**

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiffs Sherif W. Abdou, M.D., and Amir S. Bacchus, M.D. ("Plaintiffs") and Defendants Davita Inc., Healthcare Partners Holdings, LLC, and Healthcare Partners, LLC ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On November 19, 2018, Defendants served Plaintiffs with a Motion for Modification of the Preliminary Injunction ("Motion") (Docket No. 211).

2. Plaintiffs' response to the Motion is currently due December 3, 2018.

3. Due to existing scheduling conflicts and obligations, Plaintiffs' counsel requested an extension of time to file and serve their response to Defendants' Motion.

4. Defendants are agreeable to Plaintiffs' request and have agreed to extend the time allowed for Plaintiffs to file and serve their response to Defendants' Motion from December 3, 2018, up to and including December 20, 2018. Further, the parties have agreed to allow Defendants to file and serve their reply up to and including January 10, 2019.[1]

DATED this 29th day of November, 2018.      DATED this 29th day of November, 2018.

**BAILEY KENNEDY**                                           **KOLESAR & LEATHAM**

*/s/ Joshua M. Dickey, Esq.*                                */s/ Matthew T. Dushoff, Esq.*
JOHN R. BAILEY, ESQ.                                        MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 000137                                       Nevada Bar No. 004975
JOSHUA M. DICKEY, ESQ.                                      WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 006621                                       Nevada Bar No. 011271
                                                            JORDAN D. WOLFF, ESQ.
*Attorneys for Defendants DaVita Inc.;*                     Nevada Bar No. 014968
*HealthCare Partners Holdings, LLC; and*
*HealthCare Partners, LLC*                                  *Attorneys for Plaintiffs Sherif W. Abdou, M.D.*
                                                            *and Amir S. Bacchus, M.D.*

/ / /

---

[1] The parties further stipulate that P3 Health Group Holdings, LLC ("P3"), which has filed a Motion to Intervene on November 27, 2018, can have up to and including December 20, 2018, to file its response, if any; and defendants shall have up to and including January 10, 2019 to file a reply to P3's response (if any).

## ORDER

Based on the foregoing stipulation of the parties and good cause appearing, the deadline for Plaintiffs to file and serve their response to Defendants' Motion (Docket No. 211) is hereby extended from December 3, 2018, up to and including December 20, 2018, and the deadline for Defendants to file and serve their reply, up to and including January 10, 2019.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: November 29, 2018.

3027041 (10544-1)