# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHERIF W. ABDOU, M.D. and AMIR S. BACCHUS, M.D., <br><br> Plaintiffs <br><br> v. <br><br> DAVITA, INC., et al., <br><br> Defendants | Case No.: 2:16-cv-02597-APG-CWH <br><br> **Order Granting Motion for Leave to Submit Supplemental Evidence** <br><br> [ECF Nos. 248/249] |

IT IS ORDERED that the counterdefendants' motion for leave to file supplemental evidence **(ECF Nos. 248/249) is GRANTED**.

DATED this 14th day of June, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE