MATTHEW T. DUSHOFF, ESQ.
Nevada Bar No. 004975
JORDAN D. WOLFF, ESQ.
Nevada Bar No. 14968
**KOLESAR & LEATHAM**
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: mdushoff@klnevada.com
jwolff@klnevada.com

Attorneys for Plaintiffs/Counterdefendants
Sherif W. Abdou, M.D. and Amir S. Bacchus, M.D.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHERIF W. ABDOU, M.D. and AMIR S. BACCHUS, M.D., <br><br>Plaintiffs, <br><br>vs. <br><br>DAVITA INC., HEALTHCARE PARTNERS HOLDINGS, LLC, and HEALTHCARE PARTNERS, LLC, <br><br>Defendants. | CASE NO. 2:16-cv-02597-APG-CWH <br><br>**STIPULATION AND ORDER TO DISMISS THE CASE WITH PREJUDICE** |
| DAVITA INC., HEALTHCARE PARTNERS HOLDINGS, LLC, and HEALTHCARE PARTNERS, LLC, <br><br>Counterclaimants, <br><br>vs. <br><br>SHERIF W. ABDOU, M.D. and AMIR S. BACCHUS, M.D., <br><br>Counterdefendants, | |
| P3 HEALTH GROUP HOLDINGS, LLC, <br><br>Intervenor. | |

## STIPULATION AND ORDER TO DISMISS THE CASE WITH PREJUDICE

Pursuant to FRCP 41(a)(2) and LR 7-1, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs/Counterdefendants Sherif W. Abdou, M.D. and Amir S. Bacchus, M.D. ("Abdou/Bacchus"), Defendants/ Counterclaimants DaVita Inc. ("DaVita"), DaVita Medical Holdings, LLC, f/k/a HealthCare Partners Holdings, LLC ("HCP Holdings"), and DaVita Medical Management, LLC, f/k/a HealthCare Partners, LLC ("HCP") (collectively, the "DaVita Parties"), and P3 Health Group Holdings, LLC (which the court has allowed to intervene on a limited basis) (collectively, the "Parties"), through their undersigned counsel, as follows:

1. The Parties agree to an immediate dismissal, with prejudice, of the above-captioned matter;

2. The Parties also agree that the November 17, 2017 Order Granting the Preliminary Injunction (ECF 92) be lifted and extinguished and is no longer enforceable;

3. The Parties to bear their own costs and attorneys' fees.

DATED this 17 day of June, 2019.

KOLESAR & LEATHAM

By: _____
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar. No. 4975
JORDAN D. WOLFF, ESQ.
Nevada Bar No. 14968
400 South Rampart Blvd., Suite 400
Las Vegas, Nevada 89145

*Attorneys for Plaintiffs Sherif W. Abdou, M.D. and Amir S. Bacchus, M.D.*

DATED this 17th day of June, 2019.

BAILEY ❖ KENNEDY

By: _____
JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA M. DICKEY
Nevada Bar No. 6621
PAUL C. WILLIAMS
Nevada Bar No. 12524
ANDREA M. CHAMPION
Nevada Bar No. 13461
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302

*Attorneys for Defendants/Counterclaimants DaVita Inc.; DaVita Medical Holdings, LLC; and DaVita Medical Management, LLC*

DATED this 17th day of June, 2019.

By: /s/ Steven F. Molo

Steven F. Molo, Esq.
Jessica Ortiz, Esq.
Caleb Hayes-Deats, Esq.
Jordan Rice, Esq.
MoloLamken, LLP
430 Park Avenue
New York, NY 10022
　*Attorneys for Intervenor*
　*P3 HEALTH GROUP HOLDINGS, LLC*

## ORDER

IT IS SO ORDERED:

The Motion to Dismiss, with prejudice, is GRANTED.

IT IS FURTHER ORDERED:

That the Preliminary Injunction entered on November 17, 2017 (ECF 92) is lifted and extinguished and is no longer enforceable.

IT IS FURTHER ORDERED:

That the Parties will bear their own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 28, 2019.

Respectfully Submitted by:

KOLESAR & LEATHAM

By: _____
MATTHEW T. DUSHOFF, ESQ.
Nevada Bar. No. 4975
JORDAN D. WOLFF, ESQ.
Nevada Bar No. 14968
400 South Rampart Blvd., Suite 400
Las Vegas, Nevada 89145
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
mdushoff@klnevada.com
jwolff@klnevada.com

*Attorneys for Plaintiffs Sherif W. Abdou, M.D. and Amir S. Bacchus, M.D.*